# EXHIBIT A





March 25, 2011 11:50 PM Eastern Daylight Time

## The Rosen Law Firm Files Securities Class Action Against China Integrated Energy, Inc. Seeking To Recover Investors' Losses – CBEH

NEW YORK--(BUSINESS WIRE)--The Rosen Law Firm, P.A. today announced that it has filed a class action lawsuit on behalf of investors who purchased common stock of China Integrated Energy, Inc. (NASDAQ: CBEH) ("China Integrated" or the "Company") from March 31, 2010 through March 16, 2011 (the "Class Period"), seeking investor remedies under the federal securities laws.

To join the China Integrated class action, visit the firm's website at http://www.rosenlegal.com, or call Phil Kim, Esq. or Jonathan Horne, Esq., toll-free, at 866-767-3653; you may also email pkim@rosenlegal.com or jhorne@rosenlegal.com for information on the class action. The case is pending the U.S. District Court for the Central District of California.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY CHOOSE TO DO NOTHING AT THIS POINT AND REMAIN AN ABSENT CLASS MEMBER.

According to the Complaint, China Integrated issued materially false and misleading financial statements to investors because it concealed related-party transactions. On March 16, 2011, analyst firm Sinclair Upton Research issued a report alleging that China Integrated concealed a host of transactions between the Company and its officers and directors that had the effect of funneling cash to these officers and directors. In addition, citing Chinese SAIC filings, the report stated that China Integrated misrepresented its financial performance, business prospects, and financial condition to investors. These adverse disclosures caused China Integrated's stock price to drop, damaging investors.

On March 23, 2011, the Company issued a rebuttal, in which it denied most of Sinclair Upton's allegations, but conceded that it had engaged in an undisclosed related party transaction with the CEO's 22 year old son. After the Company's rebuttal, the stock price fell once again, damaging investors.

If you wish to serve as lead plaintiff, you must move the Court no later than May 24, 2011. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, or to discuss your rights or interests regarding this class action, please contact Jonathan Horne, Esq. or Phil Kim, Esq. of The Rosen Law Firm, toll-free, at 866-767-3653, or via e-mail at. You may also visit the firm's website at http://www.rosenlegal.com.

The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

### Contacts

**The Rosen Law Firm P.A.**
Phil Kim, Esq.

Jonathan Horne, Esq.
275 Madison Avenue 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Weekends Tel: (917) 797-4425
Toll Free: 1-866-767-3653
Fax: (212) 202-3827
pkim@rosenlegal.com
jhorne@rosenlegal.com
www.rosenlegal.com

