# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Government of Puerto Rico Teachers Retirement System ("Plaintiff") certifies as follows:

1.     Plaintiff has reviewed the Complaint, authorized the filing of a similar complaint, and has retained Abraham Fruchter & Twersky, LLP to seek its appointment as lead plaintiff and pursue this securities class action on its behalf and on behalf of the proposed class.

2.     Plaintiff did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

3.     Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.     All of Plaintiff's transactions in China Integrated Energy, Inc. ("China Integrated") securities during the proposed class period (between March 31, 2010 and March 16, 2011) are attached as Exhibit A.

5.     During the three years prior to the date of this Certification, Plaintiff has sought to serve as a representative party on behalf of a class in the following actions filed under the federal securities laws:

> *Hill v. State Street Corporation, et al.*, Case No. 09-cv-12146-NG (D. Mass.);
> *Bach, et al. v. Amedisys, Inc., et al.*, Case No. 10-cv-00395-BAJ (M.D. La.)

6.     Within the past three years, Plaintiff has served or is serving as a representative party for a class in an action under the federal securities laws in the following cases:

> *Bach, et al. v. Amedisys, Inc., et al.*, Case No. 10-cv-00395-BAJ (M.D. La.)

7.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I am duly authorized to execute this Certification on behalf of Government of Puerto Rico Teachers Retirement System and declare under penalty of perjury that the foregoing is true and correct. Executed this ⊥⊥ day of May, 2011, at San Juan, Puerto Rico.

On Behalf Of Government of Puerto Rico Teachers Retirement System

Hector Mayol-Kauffmann, Executive Director

**EXHIBIT A:  TRANSACTIONS IN CHINA INTEGRATED ENERGY, INC.**
**FROM MARCH 31, 2010 THROUGH MARCH 16, 2011**

Government of Puerto Rico Teachers Retirement System

| Date | Transaction | Qty | Price | |
|------|-------------|-----|-------|--|
| 5/7/2010 | BUY | 2,346 | $ | 9.6130 |
| 5/10/2010 | BUY | 227 | $ | 10.7400 |
| 5/18/2010 | BUY | 5,383 | $ | 9.1842 |
| 5/19/2010 | BUY | 9,772 | $ | 9.0026 |
| 6/9/2010 | BUY | 6,637 | $ | 8.0214 |
| 6/10/2010 | BUY | 4,082 | $ | 8.3562 |
| 6/10/2010 | BUY | 1,275 | $ | 8.3500 |
| 7/1/2010 | SELL | (3,560) | $ | 7.7630 |
| 7/2/2010 | SELL | (6,041) | $ | 7.3123 |
| 7/20/2010 | BUY | 2,533 | $ | 7.7089 |
| 7/21/2010 | BUY | 2,945 | $ | 8.0017 |
| 7/22/2010 | BUY | 58 | $ | 8.0000 |
| 7/23/2010 | BUY | 814 | $ | 8.0987 |
| 7/26/2010 | BUY | 1,435 | $ | 8.2169 |
| 8/25/2010 | BUY | 287 | $ | 7.9931 |
| 8/25/2010 | BUY | 9,605 | $ | 7.7500 |
| 8/31/2010 | BUY | 1,579 | $ | 7.5000 |
| 9/1/2010 | BUY | 3,941 | $ | 7.7894 |
| 9/27/2010 | BUY | 1,465 | $ | 6.5800 |
| 9/27/2010 | BUY | 3,446 | $ | 6.7146 |
| 9/28/2010 | BUY | 744 | $ | 6.7353 |
| 10/5/2010 | BUY | 11,445 | $ | 6.4698 |
| 10/25/2010 | BUY | 1,734 | $ | 7.8874 |
| 10/26/2010 | BUY | 4,738 | $ | 8.3185 |
| 10/27/2010 | BUY | 7,603 | $ | 8.3995 |
| 11/30/2010 | BUY | 6,730 | $ | 7.6095 |
| 12/16/2010 | BUY | 8,959 | $ | 7.9779 |
| 3/10/2011 | BUY | 13,830 | $ | 6.4096 |