# EXHIBIT C

**TRANSACTIONS IN CHINA INTEGRATED ENERGY, INC. FROM MARCH 31, 2010 THROUGH APRIL 21, 2011**

Government of Puerto Rico Teachers Retirement System

Opening Balance: 30,607 shares

| Date | Transaction | Qty | Price |
|---|---|---|---|
| 5/7/2010 | BUY | 2,346 | $ 9.6130 |
| 5/10/2010 | BUY | 227 | $ 10.7400 |
| 5/18/2010 | BUY | 5,383 | $ 9.1842 |
| 5/19/2010 | BUY | 9,772 | $ 9.0026 |
| 6/9/2010 | BUY | 6,637 | $ 8.0214 |
| 6/10/2010 | BUY | 4,082 | $ 8.3562 |
| 6/10/2010 | BUY | 1,275 | $ 8.3500 |
| 7/1/2010 | SELL | (3,560) | $ 7.7630 |
| 7/2/2010 | SELL | (6,041) | $ 7.3123 |
| 7/20/2010 | BUY | 2,533 | $ 7.7089 |
| 7/21/2010 | BUY | 2,945 | $ 8.0017 |
| 7/22/2010 | BUY | 58 | $ 8.0000 |
| 7/23/2010 | BUY | 814 | $ 8.0987 |
| 7/26/2010 | BUY | 1,435 | $ 8.2169 |
| 8/25/2010 | BUY | 287 | $ 7.9931 |
| 8/25/2010 | BUY | 9,605 | $ 7.7500 |
| 8/31/2010 | BUY | 1,579 | $ 7.5000 |
| 9/1/2010 | BUY | 3,941 | $ 7.7894 |
| 9/27/2010 | BUY | 1,465 | $ 6.5800 |
| 9/27/2010 | BUY | 3,446 | $ 6.7146 |
| 9/28/2010 | BUY | 744 | $ 6.7353 |
| 10/5/2010 | BUY | 11,445 | $ 6.4698 |
| 10/25/2010 | BUY | 1,734 | $ 7.8874 |
| 10/26/2010 | BUY | 4,738 | $ 8.3185 |
| 10/27/2010 | BUY | 7,603 | $ 8.3995 |
| 11/30/2010 | BUY | 6,730 | $ 7.6095 |
| 12/16/2010 | BUY | 8,959 | $ 7.9779 |
| 3/10/2011 | BUY | 13,830 | $ 6.4096 |
| 3/17/2011 | SELL | (85,265) | $ 3.9963 |
| 3/17/2011 | SELL | (30,300) | $ 3.9963 |
| 3/17/2011 | SELL | (2,400) | $ 3.9963 |
| 3/18/2011 | SELL | (16,654) | $ 3.6526 |