LEWIS BRISBOIS BISGAARD & SMITH LLP
JON P. KARDASSAKIS, SB#90602
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Attorneys for Defendant SHERB & CO., LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL INVESTMENT FUND, LTD. and WILLIAM CORTVRIENDT., et al.<br>              Plaintiff(s)<br>v.<br>CHINA INTEGRATED ENERGY, INC., et al.<br>              Defendant(s). | CASE NUMBER<br>CV 11-02559 MMM (PLAx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

SHERB & CO., LLP  ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Jon P. Kardassakis
*New Attorney*
as attorney of record in place and stead of David Eisen
*Present Attorney*

Dated _____

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated November 30, 2011

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated November 29, 2011

*Signature of New Attorney*

90602
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)  REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY