W. ALLAN EDMISTON (SBN 228246)
aedmiston@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

EUGENE R. LICKER (admitted *pro hac vice*)
elicker@loeb.com
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Telephone: 212.407.4000
Facsimile: 212.407.4990

Attorneys for Defendant
CHINA INTEGRATED ENERGY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>Defendants. | Case No.: CV 11-02559-MMM-PLA<br><br>Assigned to Hon. Margaret M. Morrow<br><br>**NOTICE OF WITHDRAWAL OF LAURA M. VASEY AS COUNSEL OF RECORD FOR DEFENDANT CHINA INTEGRATED ENERGY, INC.** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2209803.1
211818-10011

NOTICE OF WITHDRAWAL AS COUNSEL

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Laura M. Vasey, Esq., formerly of Loeb & |
| 2 | Loeb LLP, has withdrawn as counsel of record for defendant China Integrated |
| 3 | Energy, Inc. ("China Integrated") in the above-captioned action. |
| 4 | China Integrated will be hereafter represented by the undersigned attorneys. |

Dated:  March 22, 2012

LOEB & LOEB LLP
W. ALLAN EDMISTON

LOEB & LOEB LLP
EUGENE R. LICKER


By: ____/s/____
       W. ALLAN EDMISTON

*Attorneys for Defendant
China Integrated Energy, Inc.*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2209803.1
211818-10011

NOTICE OF WITHDRAWAL AS COUNSEL