ROBBINS UMEDA LLP
GEORGE C. AGUILAR (#126535)
gaguilar@robbinsumeda.com
CHRISTOPHER L. WALTERS (#205510)
cwalters@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Attorneys for Interested Party Lukas Pick*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiff,<br><br>    v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>            Defendants. | Case No.: 2:11-CV-02559-MMM(PLAx)<br><br>**NOTICE OF APPEARANCE OF ATTORNEY FOR INTERESTED PARTY LUKAS PICK** |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that George C. Aguilar of Robbins Umeda LLP hereby appears as counsel of record on behalf of Interested Party Lukas Pick.

Dated: March 30, 2012

ROBBINS UMEDA LLP
GEORGE C. AGUILAR
CHRISTOPHER L. WALTERS

s/George C. Aguilar
GEORGE C. AGUILAR

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsumeda.com
cwalters@robbinsumeda.com

717695

- 1 -
NOTICE OF APPEARANCE OF ATTORNEY FOR INTERESTED PARTY LUKAS PICK