# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Larry Brown, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:11-cv-02559-BRO-PLA |
| v. | |
| China Integrated Engergy, Inc., et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 6/18/2013 | 176 | Application of Non Resident Attorney to Appear |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by August 9, 2013 .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: July 24, 2013            By: Renee A. Fisher
                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge