# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 11-2559-BRO (PLAx)                              Date  September 26, 2013

Title: **Larry Brown, etc., et al., v. China Integrated Energy, Inc., et al.**

---

PRESENT: THE HONORABLE   **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**      ( IN CHAMBERS)

On September 18, 2013, the Court ordered the parties, **no later than September 24, 2013**, to email their proposed protective orders, in either Word or Word Perfect format, to: pla_chambers@cacd.uscourts.gov.  To date, **defendants have not done so**.  Accordingly, **no later than 12:00 noon Pacific Time on September 27, 2013**, defendants are **ordered to show cause** why their Motion for Protective Order (docket no. 191) should not be denied as a sanction for failure to follow Court orders.  The timely emailing of defendants' proposed protective order (Exhibit 1 to Joint Stipulation in connection with defendants' Motion for Protective Order) shall be deemed compliance with this Order to Show Cause.

cc:      Counsel of Record

Initials of Deputy Clerk_____ch_____