JEFFREY S. KRAVITZ, SBN 66481
jskravitz@foxrothschild.com
JACQUELINE LECHTHOLZ-ZEY, SBN 279074
jlechtholzzey@foxrothschild.com
PETER C. BUCKLEY (*Pro Hac Vice*)
pbuckley@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: 310-598-4150
Facsimile: 310-556-9828

Attorneys for Defendants
LARRY GOLDMAN, ALBERT PU, and
WENBING CHRISTOPHER WANG

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> CHINA INTEGRATED ENERGY, INC., et al., <br><br> Defendants. | Case No.: CV 11-02559-BRO-PLA <br><br> Hon. Beverly Reid O'Connell <br><br> **MOTION OF CHINA INTEGRATED DEFENDANTS TO EXCLUDE THE DECLARATIONS AND EXPERT TESTIMONY OF MICHAEL A. MAREK AND KENNETH W. MCGRAW** <br><br> Date: May 12, 2014 <br> Time: 1:30 p.m. <br> Judge: Hon. Beverly Reid O'Connell <br> Ctrm: 14 <br><br> [Memorandum of Points and Authorities in Support Thereof and Proposed Order Filed concurrently herewith] |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on _____, or as soon thereafter as counsel may be heard by the above-entitled Court, located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012, Defendant China Integrated Energy, Inc. ("China Integrated", "CBEH", or the "Company") and the individual defendants (Pu, Goldman, Wang, Gao, Li, and Guo) will and hereby do move the Court to exclude the declaration and all expert testimony of Kenneth W. McGraw and Michael A. Marek, the expert witnesses of lead plaintiff Puerto Rico Teachers Retirement System.

This Motion is brought on the grounds that Marek and McGraw fail to meet the admissibility standards under *Daubert* because they (1) are grossly unqualified to offer an opinion on market efficiency; (2) have not based their opinions on sound scientific principles and deviate from the methodologies and principles set forth in their Declarations; and (3) base their opinions on factors that are not dispositive of market efficiency.

Defendants' counsel met and conferred with plaintiff's counsel regarding this motion in accordance with Local Rule 7-3.  By email dated April 1, 2014, counsel for plaintiffs represented that plaintiffs intend to oppose the motion.

1  This motion is based on this Notice of Motion and Motion, the Memorandum
2  of Points and Authorities filed herewith and upon such other matters as may be
3  presented to the Court at the time of the hearing.

5  Dated: April 14, 2014        Respectfully submitted,

6                                FOX ROTHSCHILD LLP

7                                */s/ Peter C. Buckley*
8                                PETER C. BUCKLEY
                                 JOSHUA HORN
9                                CHRISTINE SOARES
                                 2000 Market St.
10                               20th Floor
                                 Philadelphia, PA 19103-3222
11                               Tel: (215) 299-2854
                                 Fax: (215) 299-2150
12                               *pbuckley@foxrothschild.com*
                                 *jhorn@foxrothschild.com*
13                               *csoares@foxrothschild.com*

14                                       -and-

15                               JEFFREY S. KRAVITZ
                                 JACQUELINE LECHTHOLZ-ZEY
16                               1800 Century Park East, Suite 300
                                 Los Angeles, CA 90067-1506
17                               Tel: (310) 598-4150
                                 Fax: (310) 556-9828
18                               *jskravitz@foxrothchild.com*
                                 *jlechtholzzey@foxrothschild.com*

19                               *Attorneys for Defendants Larry Goldman,*
20                               *Albert Pu, and Wenbing Christopher*
                                 *Wang*

21                               [continued on next page]

1
2                  LOEB & LOEB LLP

3                  */s/ Eugene R. Licker*
                EUGENE R. LICKER
4                  JOHN A. PISKORA
                345 Park Avenue
5                  New York, NY 10154
                Tel:   (212) 407-4000
6                  Fax:   (212) 407-4990
                *elicker@loeb.com*
7                  *jpiskora@loeb.com*

8                        -and-

9                  W. ALLAN EDMISTON
                AMANDA J. SHERMAN
10                10100 Santa Monica Blvd., Suite 2200
               Los Angeles, CA 90067
11                Tel:   (310) 282-2000
               Fax:   (310) 282-2200
12                *aedmiston@loeb.com*
               *asherman@loeb.com*
13
               *Attorneys for Defendants China*
14                *Integrated Energy, Inc., Xincheng Gao,*
               *Gaihong Li, and  Junrong Guo*

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEFENDANTS NOTICE OF MOTION TO STRIKE LEAD PLAINTIFF'S EXPERT WITNESSES**