LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| Case No. | **CV 11-02559-BRO (PLAx)** | Date | June 23, 2014 |
|---|---|---|---|
| Title | **Larry Brown v. China Integrated Energy, Inc. et al** | | |

Present: The Honorable    **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark S. Hamill | Jacqueline Lechtholz-Zey |
| Wiliam B. Federman | Peter C. Buckley, Jr. |
| Takeo A. Keller | Jon P. Kardassakis |
| Ian D. Berg | Manda J. Sherman |
| Lawrence D. Levitt | Eugene Licker |
|  | Christine Soares |

**Proceedings:**        MOTION HEARING (Evidentiary) (Held & Completed)

1)    MOTION FOR CLASS CERTIFICATION  (filed 8/15/2013) [183];
2)    MOTION OF CHINA INTEGRATED DEFENDANTS TO EXCLUDE
        THE DECLARATIONS AND EXPERT TESTIMONY OF MICHAEL A.
        MAREK AND KENNETH W. MCGRAW (filed 4/14/2014) [226]

Matter called.  Counsel state their appearances for the record.  The following witnesses  were called, sworn and testified.

(1) MICHAEL A. MAREK;  (2) KENNETH W. MCGRAW; and
(3) ANDREW ROPER, PH.D.

Court questions counsel as stated in court and on the record on above motion(s) and invites counsel to present their oral arguments.

The Court will permit the parties to file simultaneous briefs, not to exceed 10 pages, as to their analysis of the *Halliburton* case and how it applies to this action.  The briefs are to be filed no later than June 30, 2014.

**IT IS SO ORDERED.**

|  | 02 | : | 09 |
|---|---|---|---|
| Initials of Preparer | | rf | |