| | |
|---|---|
| 1 | JEFFREY S. KRAVITZ, SBN 66481 |
| | jskravitz@foxrothschild.com |
| 2 | JACQUELINE LECHTHOLZ-ZEY, SBN 279074 |
| | jlechtholzzey@foxrothschild.com |
| 3 | PETER C. BUCKLEY (*Pro Hac Vice*) |
| | pbuckley@foxrothschild.com |
| 4 | FOX ROTHSCHILD LLP |
| | 1800 Century Park East, Suite 300 |
| 5 | Los Angeles, CA 90067-1506 |
| | Telephone:  310-598-4150 |
| 6 | Facsimile:   310-556-9828 |
| 7 | Attorneys for Defendants |
| | LARRY GOLDMAN, ALBERT PU, and |
| 8 | WENBING CHRISTOPHER WANG |
| 9 | [Additional Counsel listed on signature page] |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: CV 11-02559-BRO-PLA |
| | Hon. Beverly Reid O'Connell |
| Plaintiffs, | **MOTION OF DEFENDANTS TO PRECLUDE PLAINTIFFS' THIRD EXPERT AND TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT WITH PREJUDICE** |
| v. | |
| CHINA INTEGRATED ENERGY, INC., et al., | |
| Defendants. | |
| | Date:     November 24, 2014 |
| | Time:     1:30 p.m. |
| | Judge:    Hon. Beverly Reid O'Connell |
| | Ctrm:     14 |
| | [Memorandum of Points and Authorities in Support Thereof and Proposed Order Filed concurrently herewith] |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 24, 2014, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012, China Integrated Energy, Inc. ("China Integrated" or "CBEH") and the individual defendants (Xincheng Gao, Gaihong Li, Albert Pu, Larry Goldman, Wenbing Christopher Wang, and Junrong Guo) (collectively, "Defendants") will and hereby do move the Court to (a) declare that Plaintiffs are not entitled to offer a third market efficiency expert and, therefore, (b) dismiss the Consolidated Class Action Complaint with prejudice for failure to plead reliance.

This Motion is brought on the grounds that allowing Plaintiffs to refile for class certification relying on a third expert on market efficiency would require Defendants to study another expert report, re-engage their own expert, take another round of depositions, prepare another *Daubert* motion, and appear at another evidentiary hearing. The Court should not allow Plaintiffs to impose such a burden on Defendants. Given the Court's ruling, Plaintiffs cannot invoke the "fraud-on-the-market" theory of reliance. In their Consolidated Class Action Complaint, however, Plaintiffs rely solely on the "fraud-on-the-market" theory and have not pled direct reliance.

Defendants' counsel met and conferred with Plaintiffs' counsel regarding this motion in accordance with Local Rule 7-3. Counsel for plaintiffs represented that plaintiffs intend to oppose the motion.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and upon such other matters as may be presented to the Court at the time of the hearing.

//
//
//

2

| | | |
|---|---|---|
| 1 | Dated: October 27, 2014 | Respectfully submitted, |
| 2 | | FOX ROTHSCHILD LLP |

*/s/ Peter C. Buckley*
PETER C. BUCKLEY
JOSHUA HORN
CHRISTINE SOARES
2000 Market St.
20th Floor
Philadelphia, PA 19103-3222
Tel: (215) 299-2854
Fax: (215) 299-2150
*pbuckley@foxrothschild.com*
*jhorn@foxrothschild.com*
*csoares@foxrothschild.com*

-and-

JEFFREY S. KRAVITZ
JACQUELINE LECHTHOLZ-ZEY
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel: (310) 598-4150
Fax: (310) 556-9828
*jskravitz@foxrothchild.com*
*jlechtholzzey@foxrothschild.com*

*Attorneys for Defendants Larry Goldman, Albert Pu, and Wenbing Christopher Wang*

[continued on next page]

3

**MOTION OF DEFENDANTS TO PRECLUDE PLAINTIFFS' THIRD EXPERT AND TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

| | |
|---|---|
| 1 | LOEB & LOEB LLP |
| 2 | */s/ Eugene R. Licker* |
| 3 | EUGENE R. LICKER<br>JOHN A. PISKORA |
| 4 | 345 Park Avenue<br>New York, NY 10154 |
| 5 | Tel: (212) 407-4000<br>Fax: (212) 407-4990 |
| 6 | *elicker@loeb.com*<br>*jpiskora@loeb.com* |
| 7 | -and- |
| 8 | W. ALLAN EDMISTON |
| 9 | AMANDA J. SHERMAN<br>10100 Santa Monica Blvd., Suite 2200 |
| 10 | Los Angeles, CA 90067<br>Tel: (310) 282-2000 |
| 11 | Fax: (310) 282-2200<br>*aedmiston@loeb.com* |
| 12 | *asherman@loeb.com* |
| 13 | *Attorneys for Defendants China Integrated Energy, Inc., Xincheng Gao,* |
| 14 | *Gaihong Li, and Junrong Guo* |

4

**MOTION OF DEFENDANTS TO PRECLUDE PLAINTIFFS' THIRD EXPERT AND TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**