UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>　　　　Defendants. | Case No.: CV 11-02559-BRO-PLA<br><br>Hon. Beverly Reid O'Connell<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS TO PRECLUDE PLAINTIFFS' THIRD EXPERT AND DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT WITH PREJUDICE**<br><br>Date Complaint Filed:　12/20/11<br>Discovery Cutoff:　　　5/1/2015<br>Trial Date:　　　　　　10/13/2015 |

PROPOSED ORDER

Based on the Motion of China Integrated Energy, Inc. and the individual defendants to move the Court to preclude Plaintiffs' third expert and dismiss Plaintiffs' Consolidated Class Action Complaint, and good cause appearing, it is hereby ORDERED:

1. Plaintiffs are not entitled to offer a third market efficiency expert and,
2. Plaintiffs' Consolidated Class Action Complaint is dismissed with prejudice for failure to plead reliance.

IT IS SO ORDERED.

Dated:_____, 2014  _____
THE HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

PROPOSED ORDER