1   JEFFREY S. KRAVITZ, SBN 66481
        jskravitz@foxrothschild.com
2   JACQUELINE LECHTHOLZ-ZEY, SBN 279074
        jlechtholzzey@foxrothschild.com
3   PETER C. BUCKLEY (*Pro Hac Vice*)
        pbuckley@foxrothschild.com
4   FOX ROTHSCHILD LLP
    1800 Century Park East, Suite 300
5   Los Angeles, CA 90067-1506
    Telephone:  310-598-4150
6   Facsimile:   310-556-9828

7   Attorneys for Defendants
    LARRY GOLDMAN, ALBERT PU, and
8   WENBING CHRISTOPHER WANG

9   [Additional Counsel listed on signature page]

10              UNITED STATES DISTRICT COURT

11   FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| | |
|---|---|
| 13  LARRY BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS 14  SIMILARLY SITUATED,<br><br>15          Plaintiffs,<br><br>16          v.<br><br>17  CHINA INTEGRATED ENERGY, INC., et al.,<br>18          Defendants. | Case No.: CV 11-02559-BRO-PLA<br><br>Hon. Beverly Reid O'Connell<br><br>**MOTION OF DEFENDANTS TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. JAY HARTZELL**<br><br>Date:        February 2, 2015<br>Time:        1:30 p.m.<br>Judge:       Hon. Beverly Reid O'Connell<br>Ctrm:        14<br><br>[Memorandum of Points and Authorities in Support Thereof and Proposed Order Filed concurrently herewith] |

23

24

25

26

27

28

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 2, 2015, or as soon thereafter as counsel may be heard by the above-entitled Court, located at the Royal Federal Building, 255 East Temple Street, Los Angeles, CA 90012, China Integrated Energy, Inc. and the individual defendants (Xincheng Gao, Gaihong Li, Albert Pu, Larry Goldman, Wenbing Christopher Wang, and Junrong Guo) (collectively, "Defendants") will and hereby do move the Court to exclude the declaration and testimony of Dr. Jay Hartzell (Dr. Hartzell").

This Motion is brought on the grounds that although Dr. Hartzell identifies an objective event study methodology, he applies that methodology to the facts of this case in a subjective way, creating a test weighted in plaintiffs' favor. This subjectivity transforms objective evidence of market *in*efficiency into support for Dr. Hartzell's conclusion and therefore it is precisely the sort of outcome-oriented science that the Court must exclude when exercising its gatekeeping function.

Defendants' counsel met and conferred with plaintiffs' counsel and counsel did not indicate that plaintiffs are willing to withdraw Dr. Hartzell's expert report.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and upon such other matters as may be presented to the Court at the time of the hearing.

1    Dated:  January 5, 2015                Respectfully submitted,

2                                           FOX ROTHSCHILD LLP

3                                           /s/ Peter C. Buckley
                                            PETER C. BUCKLEY
4                                           JOSHUA HORN
                                            CHRISTINE SOARES
5                                           2000 Market St.
                                            20th Floor
6                                           Philadelphia, PA 19103-3222
                                            Tel: (215) 299-2854
7                                           Fax: (215) 299-2150
                                            pbuckley@foxrothschild.com
8                                           jhorn@foxrothschild.com
                                            csoares@foxrothschild.com
9

10                                                  -and-

11                                          JEFFREY S. KRAVITZ
                                            JACQUELINE LECHTHOLZ-ZEY
12                                          1800 Century Park East, Suite 300
                                            Los Angeles, CA 90067-1506
13                                          Tel: (310) 598-4150
                                            Fax: (310) 556-9828
14                                          jskravitz@foxrothschild.com
                                            jlechtholzzey@foxrothschild.com
15
                                            Attorneys for Defendants Larry Goldman,
16                                          Albert Pu, and Wenbing Christopher
                                            Wang
17

18

19

20

21

22

23

24

25

26

27

28
                                            3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOEB & LOEB LLP

*/s/ Eugene R. Licker*
EUGENE R. LICKER
JOHN A. PISKORA
345 Park Avenue
New York, NY 10154
Tel:   (212) 407-4000
Fax:   (212) 407-4990
*elicker@loeb.com*
*jpiskora@loeb.com*

-and-

W. ALLAN EDMISTON
AMANDA J. SHERMAN
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Tel:   (310) 282-2000
Fax:   (310) 282-2200
*aedmiston@loeb.com*
*asherman@loeb.com*

*Attorneys for Defendants China*
*Integrated Energy, Inc., Xincheng Gao,*
*Gaihong Li, and  Junrong Guo*

4