LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| Case No. | CV 11-02559-BRO (PLAx) | Date | February 10, 2015 |
|---|---|---|---|
| Title | Larry Brown v. China Integrated Energy, Inc. et al | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Takeo A. Keller | Peter C. Buckley, Jr.; Manda J. Sherman; |
| Ian D. Berg | Eugene Licker; Christine Soares; Thomas |
| William B. Federman | Rittenberg; Patrick Hagan |

**Proceedings:** MOTION HEARING (Evidentiary) (Held & Completed)

1) MOTION FOR CLASS CERTIFICATION (filed 11/3/2014) [301];

2) MOTION OF DEFENDANTS TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. JAY HARTZELL (filed 1/5/2015) [315];

3) MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF DR. ANDREW ROPER (filed 1/19/15) [321]

4) PLAINTIFF'S MOTION FOR PRELIMINIARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT SHERB & CO. LLP (filed 10/07/14) [294]

Matter called. Counsel state their appearances for the record. The following witness was called, sworn and testified.

(1) JAY HARTZELL.

Court questions counsel as stated in court and on the record on above motions and invites counsel to present their oral arguments. Arguments by counsel are heard.

The matter is taken under submission, a written order to follow.
**IT IS SO ORDERED.**

2 : 00

Initials of Preparer  rf