1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| LARRY BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>Defendants. | Case No. CV 11-02559-BRO (PLAx)<br><br>CLASS ACTION<br><br>**ORDER TO STAY PROCEEDINGS AND SCHEDULING ORDER PENDING SETTLEMENT NEGOTIATIONS**<br><br>Courtroom 14<br>Hon. Beverly Reid O'Connell |
|---|---|

1    Upon consideration of the Parties' Joint Stipulation To Stay The
2 Proceedings and The Scheduling Order pending Settlement Negotiations, and good
3 cause appearing,

4    IT IS HEREBY ORDERED that all proceedings in this action, including all
5 dates in the Scheduling Order Of Trial and Pretrial Dates (Docket No. 269), are
6 stayed until further notice to the Court, to be provided prior to
7 June 1, 2015, so that the Parties may complete settlement negotiations, and, if
8 successful, present the Court with a settlement agreement.

9    If a settlement is reached in this action, the Parties shall notify the Court and
10 propose the date for filing the motion for preliminary approval of such settlement;

11   If the Parties are unable to reach a settlement, the Parties shall submit a joint
12 stipulation notifying the Court and jointly submit a proposed Scheduling Order of
13 pretrial and trial dates no later than June 1, 2015.

**IT IS SO ORDERED.**

Dated: February 26, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE