ABRAHAM, FRUCHTER
  & TWERSKY, LLP
IAN D. BERG   (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel:   (213) 943-1356
Fax:   (858) 792-3449
*iberg@aftlaw.com*

TAKEO A. KELLAR   (Bar No. 234470)
ABRAHAM, FRUCHTER
  & TWERSKY, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 792-3448
Fax:   (858) 792-3449
*tkellar@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>Defendants. | Case No. CV 11-02559-BRO (PLAx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT SHERB & CO. LLP**<br><br>Date:       July 13, 2015<br>Time:      1:30 p.m.<br>Place:     Courtroom 14<br>Judge:    Hon. Beverly Reid O'Connell |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Lead Plaintiff Puerto Rico Teachers Retirement System ("Lead Plaintiff") and Plaintiff Bristol Investment Fund, Ltd. hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil procedure for an order granting final approval of: (1) the proposed Settlement with Defendant Sherb & Co. LLP ("Sherb") on the terms set forth in the Stipulation of Settlement with Sherb and the exhibits annexed thereto, dated October 1, 2014 (the "Stipulation"); and (2) the Plan of Allocation of the settlement proceeds which will govern how the Net Settlement Fund will be allocated among Class Members.[1]

Pursuant to the Court's Order entered on February 17, 2015 (Docket No. 330), this Motion is set for hearing at 1:30 p.m. on July 13, 2015, or as soon thereafter as this matter may be heard, before the Honorable Beverly Reid O'Connell of the United States District Court for the Central District of California, Court Room 14, 312 North Spring Street, Los Angeles, CA 90012.

In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval, the Declaration of Ian D. Berg and exhibits thereto, submitted herewith; the Stipulation of Settlement and the exhibits annexed thereto, dated October 1, 2014 (the "Stipulation"); all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: June 15, 2015          Respectfully submitted,

                              ABRAHAM, FRUCHTER
                                & TWERSKY, LLP

                              /s/ *Ian D. Berg*
                              IAN D. BERG

---

[1] The proposed Settlement only applies to Defendant Sherb and does not settle or release any claims against the other, non-settling defendants in this Action.

IAN D. BERG   (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel:   (213) 943-1356
Fax:   (858) 792-3449
*iberg@aftlaw.com*

ABRAHAM, FRUCHTER
   & TWERSKY, LLP
TAKEO A. KELLAR   (Bar No. 234470)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 792-3448
Fax:   (858) 792-3449
*tkellar@aftlaw.com*

ABRAHAM, FRUCHTER
   & TWERSKY, LLP
MITCHELL M.Z. TWERSKY (*phv*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel:   (212) 279-5050
Fax:   (212) 279-3655
*mtwersky@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System*

WILLIAM B. FEDERMAN (*PHV*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel:   (405) 235-1560
Fax:   (405 239-2112
*wbf@federmanlaw.com*

*Counsel for Plaintiffs Bristol Investment Fund, Ltd.*