ABRAHAM, FRUCHTER
 & TWERSKY, LLP
IAN D. BERG   (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel:   (213) 943-1356
Fax:   (858) 792-3449
*iberg@aftlaw.com*

TAKEO A. KELLAR   (Bar No. 234470)
ABRAHAM, FRUCHTER
 & TWERSKY, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 792-3448
Fax:   (858) 792-3449
*tkellar@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>Defendants. | Case No. CV 11-02559-BRO (PLAx)<br><br><u>CLASS ACTION</u><br><br>**LEAD COUNSEL'S NOTICE AND MOTION FOR REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date:      July 13, 2015<br>Time:     1:30 p.m.<br>Place:    Courtroom 14<br>Judge:   Hon. Beverly Reid O'Connell |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that, pursuant to the Court's February 17, 2015 Order Preliminarily Approving Settlement With Sherb & Co. LLP ("Sherb") (Docket No. 330), Lead Counsel Abraham, Fruchter & Twersky, LLP, the Court-appointed Counsel for the Class and Lead Plaintiff Puerto Rico Teachers Retirement System, will hereby move, on July 13, 2015, at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Beverly Reid O'Connell of the United States District Court for the Central District of California, Court Room 14, 312 North Spring Street, Los Angeles, CA 90012, for entry of an Order granting reimbursement of litigation expenses in connection with the class action settlement with Defendant Sherb.

In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Points and Authorities in Support of Lead Counsel's Motion for Reimbursement of Litigation Expenses, the Declaration of Ian D. Berg and exhibits thereto, submitted herewith; the Stipulation of Settlement and the exhibits annexed thereto, dated October 1, 2014 (the "Stipulation"); all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: June 15, 2015

Respectfully submitted,

ABRAHAM, FRUCHTER
& TWERSKY, LLP

*/s/ Ian D. Berg*
IAN D. BERG

IAN D. BERG   (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel:   (213) 943-1356
Fax:   (858) 792-3449
*iberg@aftlaw.com*

ABRAHAM, FRUCHTER
& TWERSKY, LLP
TAKEO A. KELLAR   (Bar No. 234470)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 792-3448

Fax:  (858) 792-3449
*tkellar@aftlaw.com*

ABRAHAM, FRUCHTER
   & TWERSKY, LLP
MITCHELL M.Z. TWERSKY (*phv*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel:   (212) 279-5050
Fax:  (212) 279-3655
*mtwersky@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System*