ABRAHAM, FRUCHTER
    & TWERSKY, LLP
IAN D. BERG (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel:  (213) 943-1356
Fax:  (858) 792-3449
*iberg@aftlaw.com*

TAKEO A. KELLAR (Bar No. 234470)
ABRAHAM, FRUCHTER
    & TWERSKY, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 792-3448
Fax:  (858) 792-3449
*tkellar@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>        Defendants. | Case No. CV 11-02559-BRO (PLAx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE AND UNOPPOSED MOTION FOR PRELIMINIARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS CHINA INTEGRATED ENERGY, INC., XINCHENG GAO, GAIHONG LI, JUNRONG GUO, ALBERT C. PU, LARRY GOLDMAN, AND CHRISTOPHER WENBING WANG**<br><br>Date:      January 25, 2016<br>Time:     1:30 p.m.<br>Place:    Courtroom 14<br>Judge:   Hon. Beverly Reid O'Connell |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Lead Plaintiff Puerto Rico Teachers Retirement System ("Lead Plaintiff") and Plaintiff Bristol Investment Fund, Ltd. hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil procedure for an order: (1) granting preliminary approval of the proposed Settlement with Defendants China Integrated Energy, Inc., Xincheng Gao, Gaihong Li, Junrong Guo, Albert C. Pu, Larry Goldman, and Christopher Wenbing Wang, on the terms set forth in the Stipulation of Settlement and the exhibits annexed thereto, dated December 9, 2015 (the "Stipulation," submitted herewith); (2) directing that Class Members be given notice of the proposed Settlement in substantially the same form and manner set forth in the Stipulation; (3) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (4) setting a schedule for various events related thereto.

Pursuant to Local Rule 7-3, and as set forth in the Stipulation, Lead Counsel has met and conferred with counsel for Defendants, and Defendants do not oppose this motion. The parties do not believe a hearing is necessary on this unopposed motion for preliminary approval of the settlement, and may be submitted on the papers. Should a hearing be requested by the Court, this motion is noticed for hearing at 1:30 p.m. on January 25, 2016, or as soon thereafter as this matter may be heard, before the Honorable Beverly Reid O'Connell of the United States District Court for the Central District of California, Court Room 14, 312 North Spring Street, Los Angeles, CA 90012.

In support of this Unopposed Motion, Plaintiffs rely on the Stipulation and the exhibits annexed thereto, and the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Approval of Settlement, submitted herewith, which are incorporated herein in their entirety.

Dated: December 9, 2015          Respectfully submitted,

ABRAHAM, FRUCHTER
& TWERSKY, LLP

          */s/ Ian D. Berg*
          IAN D. BERG

ABRAHAM, FRUCHTER
  &amp; TWERSKY, LLP
IAN D. BERG (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 943-1356
Fax: (858) 792-3449
*iberg@aftlaw.com*

ABRAHAM, FRUCHTER
  &amp; TWERSKY, LLP
TAKEO A. KELLAR (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
*tkellar@aftlaw.com*

ABRAHAM, FRUCHTER
  &amp; TWERSKY, LLP
MITCHELL M.Z. TWERSKY (*phv*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
*mtwersky@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System and the Class*

WILLIAM B. FEDERMAN (*PHV*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405 239-2112
*wbf@federmanlaw.com*

*Counsel for Plaintiffs Bristol Investment Fund, Ltd.*