ABRAHAM, FRUCHTER
   & TWERSKY, LLP
IAN D. BERG   (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel:   (213) 943-1356
Fax:  (858) 764-2582
*iberg@aftlaw.com*

TAKEO A. KELLAR   (Bar No. 234470)
ABRAHAM, FRUCHTER
   & TWERSKY, LLP
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel:   (858) 764-2580
Fax:  (858) 764-2582
*tkellar@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>          Defendants. | Case No. CV 11-02559-BRO (PLAx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS CHINA INTEGRATED ENERGY, INC., XINCHENG GAO, GAIHONG LI, JUNRONG GUO, ALBERT C. PU, LARRY GOLDMAN, AND CHRISTOPHER WENBING WANG**<br><br>Date:     July 11, 2016<br>Time:    1:30 p.m.<br>Place:   Courtroom 14<br>Judge:  Hon. Beverly Reid O'Connell |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Lead Plaintiff Puerto Rico Teachers Retirement System ("Lead Plaintiff") and Plaintiff Bristol Investment Fund, Ltd. hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil procedure for an order granting final approval of: (1) the proposed Settlement with Defendants Defendants China Integrated Energy, Inc. ("China Integrated" or the "Company"), Xincheng Gao, Gaihong Li, Junrong Guo, Albert C. Pu, Larry Goldman, and Christopher Wenbing Wang (collectively, "Defendants") on the terms set forth in the Stipulation and Agreement of Settlement and the exhibits annexed thereto, dated December 9, 2015 (Docket No. 355-2, the "Stipulation"); and (2) the Plan of Allocation of the settlement proceeds which will govern how the Net Settlement Fund will be allocated among Class Members.

Pursuant to the Court's Order entered on February 3, 2016 (Docket No. 358), this Motion is set for hearing at 1:30 p.m. on July 11, 2016, or as soon thereafter as this matter may be heard, before the Honorable Beverly Reid O'Connell of the United States District Court for the Central District of California, Court Room 14, 312 North Spring Street, Los Angeles, CA 90012.

In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Points and Authorities in Support of Motion for Final Approval, the Declaration of Ian D. Berg and exhibits thereto, submitted herewith; the Stipulation; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: June 13, 2016                    Respectfully submitted,

                                          ABRAHAM, FRUCHTER
                                                    & TWERSKY, LLP

                                       /s/ *Ian D. Berg*
                                       IAN D. BERG

IAN D. BERG   (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel:   (213) 943-1356
Fax:   (858) 764-2582
*iberg@aftlaw.com*

ABRAHAM, FRUCHTER
   & TWERSKY, LLP
TAKEO A. KELLAR   (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel:   (858) 764-2580
Fax:   (858) 764-2582
*tkellar@aftlaw.com*

ABRAHAM, FRUCHTER
   & TWERSKY, LLP
MITCHELL M.Z. TWERSKY (*phv*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel:   (212) 279-5050
Fax:   (212) 279-3655
*mtwersky@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System*

WILLIAM B. FEDERMAN (*PHV*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel:   (405) 235-1560
Fax:   (405 239-2112
*wbf@federmanlaw.com*

*Counsel for Plaintiffs Bristol Investment Fund, Ltd.*