ABRAHAM, FRUCHTER
   & TWERSKY, LLP
IAN D. BERG (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 943-1356
Fax: (858) 792-3449
*iberg@aftlaw.com*

TAKEO A. KELLAR (Bar No. 234470)
ABRAHAM, FRUCHTER
   & TWERSKY, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 792-3448
Fax: (858) 792-3449
*tkellar@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LARRY BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CHINA INTEGRATED ENERGY, INC., et al.,<br><br>        Defendants. | Case No. CV 11-02559-BRO (PLAx)<br><br><u>CLASS ACTION</u><br><br>**LEAD COUNSEL'S NOTICE AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**<br><br>Date: July 11, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 14<br>Judge: Hon. Beverly Reid O'Connell |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that, pursuant to the Court's February 3, 2016 Order Preliminarily Approving Settlement With Defendants China Integrated Energy, Inc. ("China Integrated" or the "Company"), Xincheng Gao, Gaihong Li, Junrong Guo, Albert C. Pu, Larry Goldman, and Christopher Wenbing Wang (collectively, "Defendants") (Docket No. 358), Lead Counsel Abraham, Fruchter & Twersky, LLP, the Court-appointed Counsel for the Class and Lead Plaintiff Puerto Rico Teachers Retirement System, will hereby move, on July 11, 2016, at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Beverly Reid O'Connell of the United States District Court for the Central District of California, Court Room 14, 312 North Spring Street, Los Angeles, CA 90012, for entry of an Order: (1) awarding attorneys' fees in the amount of 25% ($625,000) of the total $2.5 million Settlement Fund in this action; (2) awarding Lead Counsel $367,262.53 in remaining expenses in connection with prosecuting and resolving the action; and (3) granting Plaintiffs' application for an incentive award from the Settlement Fund, pursuant to 15 U.S.C. §78u-4(a)(4), for their time and expenses.

In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Points and Authorities in Support of the Motion, the Declaration of Ian D. Berg and exhibits thereto, submitted herewith; the Stipulation of Settlement and the exhibits annexed thereto, dated December 9, 2015 (the "Stipulation"); all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: June 13, 2016         Respectfully submitted,

ABRAHAM, FRUCHTER
& TWERSKY, LLP


 */s/ Ian D. Berg*
IAN D. BERG

| | |
|---|---|
| 1 | IAN D. BERG   (Bar No. 263586) |
| 2 | 355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071 |
| 3 | Tel:    (213) 943-1356<br>Fax:    (858) 792-3449 |
| 4 | *iberg@aftlaw.com* |

IAN D. BERG   (Bar No. 263586)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel:    (213) 943-1356
Fax:    (858) 792-3449
*iberg@aftlaw.com*

ABRAHAM, FRUCHTER
   & TWERSKY, LLP
TAKEO A. KELLAR   (Bar No. 234470)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 792-3448
Fax:    (858) 792-3449
*tkellar@aftlaw.com*

ABRAHAM, FRUCHTER
   & TWERSKY, LLP
MITCHELL M.Z. TWERSKY (*phv*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel:    (212) 279-5050
Fax:    (212) 279-3655
*mtwersky@aftlaw.com*

*Counsel for Lead Plaintiff Puerto Rico Teachers Retirement System*